# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANISSA WOODALL**                                            **PLAINTIFF**

**v.**                          **Case No. 4:18-cv-00803 KGB**

**ERNEST PETERMAN and**
**NEW PRIME, INC.**                                        **DEFENDANT**

## ORDER

Before the Court is plaintiff Anissa Woodall's motion to dismiss with prejudice (Dkt. No. 10). Ms. Woodall submits that the parties have reached an agreement to compromise and settle with prejudice all claims and causes of action in her complaint. For good cause shown, the Court grants the motion and dismisses with prejudice this case (Dkt. No. 10).

It is so ordered this 22nd day of November 2019.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge